```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
ROYDEL HOWE,
                                          :
                    Plaintiff,            :        Pro Se
                                          :
        -against-                         :   07 Civ. 6079 (LTS)(THK)
                                          :
                                          :        SCHEDULING ORDER
CITY OF NEW YORK,                         :
                                          :
                    Defendant.            :
------------------------------------------X
```

**THEODORE H. KATZ, United States Magistrate Judge.**

This employment discrimination action having been referred to this Court for general pretrial supervision; and the parties having participated in a pretrial conference; it is hereby ORDERED:

1. By April 1, 2008, the parties shall complete all discovery in this matter, including depositions of all witnesses.

2. In the interim, the parties shall contact the Court if they believe a settlement conference may be productive. Plaintiff is advised to review the enclosed form regarding appointment of counsel for purposes of mediation. If he is agreeable to participating in mediation, he should sign the consent portion at the bottom of the form and send it to Defendant's counsel for submission to the Court.

The following rules shall govern all pretrial proceedings in this action:

If any discovery disputes arise during this case, the parties must make a good faith effort to resolve them. If disputes cannot be resolved, they should be brought to the Court's attention by

COPIES MAILED
TO COUNSEL OF RECORD ON  11/14/07

letter. This letter should be brief and to the point so as to allow for expeditious resolution of discovery disputes without the need for formal motions. A responsive letter should be submitted within five days. Failure to bring disputes to my attention promptly and in advance of the discovery deadline will result in a waiver of remedies as to such disputes.

Telephonic applications will be entertained only where disputes arise in the course of depositions or in genuine emergencies. In all other cases, applications must be made by letter to my chambers. If the application is for an extension of time, the letter-application (indicating whether all parties consent) must be delivered to my chambers at least ten days prior to the original due date.

Papers filed with the Court should be marked "Referred to Magistrate Judge Katz." The Clerk of the Court and my chambers must be advised of any change of address or telephone number.

Defendant is advised that procedural advice is available from this court's Pro Se Office, which is located in Room 230 at the above address, and can be reached at (212) 805-0175. The Pro Se Office does not accept collect calls.

SO ORDERED.

                                        THEODORE H. KATZ
                                    UNITED STATES MAGISTRATE JUDGE

Dated:    November 13, 2007
          New York, New York

Copies mailed to:

Roydel Howe
169-04 88 Avenue, #1J
Queens, New York 11432

Camille Barnett, Esq.
Assistant Corporation Counsel
100 Church Street
New York, New York 10007