

ROYDEL HOWE
169- 04 88 AVENUE, #1J
JAMAICA, NY 11432
718 526 1999 (roydel2@msn.com)

July 17, 2008



Honorable Theodore H. Katz
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United
 States Courthouse
500 Pearl Street
New York, NY 10007

Re: Roydel Howe v. The City of New York, et al.
Docket No. 07 Civ. 6079 (LTS) (THK)

Dear Judge Katz:

    This correspondence was based on my communication with your Law Clerk concerning my Discovery status and possible delay in the Court's handling of the Mediation process.

1).     The Court received the Mediation Form from Defendants, signed by both parties

2).     Plaintiff (I) have not yet received the Discovery Materials I requested from Defendants. However, on Thursday, July 10, 2008 Defendants' Counsel (Counsel) informed me in-person that she requested those Documents; and on Tuesday, July 15, 2008, she informed me by way of a telephone message that she was expecting to mail those Documents to me during this week. I should inform your Law Clerk when I receive them.

3).     I submitted to Defendants all the Discovery Materials requested of me

4).     On Thursday, June 12, 2008, Counsel took my Deposition. On Thursday, July 10, 2008, Counsel gave me two sets of that Deposition. I should review, sign, notarize, and return one set to her as soon as possible

5).     On Monday, June 16, 2008, I took the Deposition of my former Supervisor, recorded by electronic means at the Courthouse. I paid a professional Court Reporter to transcribe that Deposition. I reviewed the transcribed Deposition and found that:

    a).     The title of the case and Counsel were not identified

COPIES MAILED
TO COUNSEL OF RECORD ON 7/21/08

Continued on page 2

July 17, 2008

    b).     Many questions were first answered by Counsel, followed by the Deponent

    c).     Counsel objected to most of my questions, even though the Deponent wanted to answer and eventually did answer

    d).     Some of the questions I answered in my Deposition taken by Counsel, were opposed by Counsel when I asked my former Supervisor similar questions

    e).     Some answers were not clear because they were preceded and followed by lengthy conversations

Based on my findings, I respectfully request the Honorable Judge to inform me as to whether the Court or the Pro Se Office could review and evaluate this Deposition in order to determine if it was legally sufficient to fulfill the normal intended legal purpose of a Deposition in Court, should this case goes to trial.

In my "Tentative List of Discovery Matters" to Counsel dated November 19, 2007, I stated that: "I may Depose my Supervisor. The quality and completeness of his Deposition would determine whether I should Depose his Supervisor." Therefore, if I should repeat my former Supervisor's Deposition, or take the Deposition of his then Supervisor, the above statement provided for it during the Discovery process period.

Thank you for your attention and cooperation in this matter.

Respectfully submitted,

*[signature]*

Roydel Howe
Pro Se

Cc:     Camille D. Barnett, Esq.
        Assistant Corporation Counsel
        100 Church Street, Room 2-144
        New York, NY 10007

*[Handwritten note:]* Provide the deposition to the deponent for corrections and his signature. The Court cannot pre-determine the adequacy of the deposition.

**SO ORDERED**

7/21/08

*[signature]*

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Roydel Howe

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

07 Civ. 6079 (LTS) (THK)

- against -

The City of New York, et al

**AFFIRMATION OF SERVICE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, Roydel Howe, declare under penalty of perjury that I have
    *(name)*
served a copy of the attached __Letter to Hon. Judge Katz__
                              *(document you are serving)*
upon __Camille D. Barnett, Esq.__ whose address is __100 Church St__
     *(name of person served)*
__New York, NY 10007__
            *(where you served document)*
by __Personal Delivery__
   *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: __Jamaica__, __NY__
       *(town/city)* *(state)*

__July__ __17__, 20__08__
*(month)* *(day)* *(year)*

Signature: Roydel Howe

Address: 169-04 88 Ave, #1J

City, State: Jamaica NY

Zip Code: 11432

Telephone Number: 718 526 1999

Rev 05/2007