

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**CAMILLE D. BARNETT**
Assistant Corporation Counsel
Labor & Employment Law Division
phone: (212) 788-8685
fax:(212) 788-8877
email: Cbarnett@law.nyc.gov

August 25, 2008

**Via Facsimile - (212) 805-7932**
Hon. Theodore H. Katz
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1660
New York, NY 10007

**MEMO ENDORSED**

    Re: Roydel Howe v. The City of New York, et al.
         Docket No. 07 Civ. 6079 (LTS) (THK)

Dear Judge Katz:

    I am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to represent defendants the City of New York and the New York City Administration for Children's Services in the above-referenced action. Plaintiff alleges employment discrimination in violation of the Age Discrimination in Employment Act and Title VII of the Civil Rights Act of 1964. I write to respectfully request an adjournment of the settlement conference presently scheduled for September 11, 2008. Plaintiff, *Pro Se*, Roydel Howe consents to the instant request. This is the first request for an adjournment of the settlement conference.

    Defendants seek this extension because of current schedule conflicts. In particular, I am scheduled to start a trial on September 8th in the matter of Shapiro et al. v. The New York City Department of Education et al. (JSR)(HBP), before Judge Rakoff. The foregoing case involves eight plaintiffs and is scheduled to last approximately three weeks. Therefore, I will be on trial on September 11th and am unable to attend the scheduled settlement conference. Additionally, during this period, defendants would seek to obtain a settlement demand from plaintiff.

For the foregoing reasons, defendants respectfully request an adjournment of the September 11, 2008 Settlement Conference to a date convenient for the Court after October 3rd, 2008.

Thank you for your consideration of this request.

Respectfully Submitted,

*[signature]*

Camille D. Barnett
Assistant Corporation Counsel

cc:   **Via Overnight Mail**
      Roydel Howe
      Plaintiff *Pro Se*
      169-04 88th Avenue, #1J
      Jamaica, New York 11432

*The settlement conference is adjourned to October 6, 2008, at 2:00 P.M.*

9/2/08   **SO ORDERED**

*[signature]*

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

COPIES MAILED
TO COUNSEL OF RECORD ON  9/2/08

2